742

## FULFER v. STATE.

No. 18031.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful sale of whisky; penalty assessed at confinement in the penitentiary for two years.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

## SOILEAU v. STATE.

No. 18060.

Court of Criminal Appeals of Texas.

March 4, 1936.

Louis M. Hitch, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in the case of Guy Meadows v. State, 88 S.W.(2d) 481, the judgment herein will be reversed and the prosecution ordered dismissed.